UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: CHRISTINA DURAND<br>Chapter 7 | BK NO.: 1:10-bk-11123 |

| | |
|---|---|
| CHRISTINA DURAND,<br>    Plaintiff,<br>v.<br><br>WACHOVIA MORTGAGE, FSB<br>F/K/A WORLD SAVINGS BANK,<br>FSB, ALIAS, CUSTOM HOME<br>LOAN CORP., and JOHN DOE,<br>ALIAS,<br>    Defendants. | AP NO.: 1:10-ap-01017 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Christina Durand, and Defendant, Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB, respectfully submit this Stipulation of Dismissal for entry by the Court:

1. All claims against Defendant Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB shall be dismissed *without prejudice* and without costs.

| | |
|---|---|
| The Plaintiff,<br>Christina Durand,<br><br>By their Attorney,<br><br>/s/ John B. Ennis<br>John B. Ennis, Esq. (#2135)<br>1200 Reservoir Avenue<br>Cranston, RI  02920<br>Telephone: 401-943-9230<br><br>May 6, 2014 | The Defendant,<br>Wachovia Mortgage, FSB f/k/a World<br>Savings Bank, FSB,<br>By its Attorneys,<br><br>/s/ Shanna M. Boughton<br>Bethany M. Whitmarsh, Esq. (#7318)<br>Shanna M. Boughton, Esq. (#8283)<br>LeClairRyan<br>One International Place, Eleventh Floor<br>Boston, MA  02110<br>shanna.boughton@leclairryan.com<br>Telephone: 617-502-8200 |

1

BY ORDER: _____


ENTER: _____